UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ODELL PRINCE            PETITIONER

V.            CIVIL ACTION NO. 4:09CV21 DPJ-JCS

JACKIE PARKER AND
STATE OF MISSISSIPPI            RESPONDENTS

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of December, 2009.

           s/ *Daniel P. Jordan III*
           UNITED STATES DISTRICT JUDGE